UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JODY BUCKNER, | ) | CASE NO. C04-1983-RSL |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| DOUG WADDINGTON, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 12th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE -1